1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11   RAFAEL PEREZ,                    )NO. CV 11-10585 RGK (SS)
                                      )
12                Petitioner,         )
                                      )
13        v.                          )          **JUDGMENT**
                                      )
14   MATTHEW CATE,                    )
                                      )
15                Respondent.         )
     _____)

16

17

18        Pursuant to the Court's Order Accepting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   with prejudice.

23

24   DATED:   September 10, 2012

25                                    _____

26                                    R. GARY KLAUSNER
                                      UNITED STATES DISTRICT JUDGE

27

28